IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TYBRISA BEACH RESORT )
CONDOMINIUM ASSOCIATION, )
INC., )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV419-276
 )
EVEREST INDEMNITY INSURANCE )
COMPANY, )
 )
    Defendant. )
 )

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (Doc. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As requested by Plaintiff, this action is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Magistrate Judge's Report and Recommendation (Doc. 7) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 21st day of October 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA